# United States Court of Appeals for the Federal Circuit

**ANVIK CORPORATION,**
*Plaintiff-Appellant,*

v.

**NIKON PRECISION, INC.,
NIKON RESEARCH CORPORATION OF AMERICA,
NIKON CORPORATION,** AND **HANNSTAR DISPLAY CORPORATION,**
*Defendants-Appellees,*

AND

**L.G. PHILIPS LCD CO., LTD.** AND **L.G. PHILIPS LCD AMERICA, INC.,**
*Defendants-Appellees,*

AND

**SAMSUNG ELECTRONICS AMERICA, INC.**
AND **SAMSUNG ELECTRONICS CO., LTD.,**
*Defendants-Appellees,*

AND

**CHI MEI OPTOELECTRONICS,
CHI MEI OPTOELECTRONICS USA, INC.,** AND **INNOLUX DISPLAY CORP.,**
*Defendants-Appellees,*

AND

**AU OPTRONICS CORPORATION** AND
**AU OPTRONICS CORPORATION AMERICA,**
*Defendants-Appellees,*

AND

**SHARP CORPORATION** AND **SHARP ELECTRONICS CORPORATION,**
*Defendants-Appellees,*

AND

**AFPD PTE LTD.,**
*Defendant-Appellee,*

AND

**IPS ALPHA TECHNOLOGY, LTD., PANASONIC CORPORATION OF NORTH AMERICA, PANASONIC CORPORATION, HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES USA, INC., HITACHI CONSUMER ELECTRONICS CO., LTD., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC.,** AND **TOSHIBA AMERICA CONSUMER PRODUCTS, LLC,**
*Defendants-Appellees.*

_____

2012-1320, -1321, -1322, -1323, -1324, -1325, -1326, -1327, -1328, -1329

_____

Appeals from the United States District Court for the Southern District of New York in Nos. 05-CV-7891, 07-CV-0816, 07-CV-0818, 07-CV-0821, 07-CV-0822, 07-CV-

0825, 07-CV-0826, 07-CV-0827, 07-CV-0828, and 08-CV-4036, Judge Alvin K. Hellerstein.

---

**JUDGMENT**

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**REVERSED and REMANDED**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 22, 2013</u> | <u>     /s/Jan Horbaly     </u> |
| Date | Jan Horbaly |
| | Clerk |