# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1328, -13-1441

**IMPLICIT NETWORKS, INC.,**

*Plaintiff-Appellant,*

v.

**JUNIPER NETWORKS, INC.,**

*Defendant-Cross Appellant.*

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-4234, Judge Susan Y. Illston.

## MANDATE

In accordance with the judgment of this Court, entered June 17, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk

cc: Darrell Rae Atkinson
Morgan Chu
Clerk of Court, Northern District of California (San Francisco)
Douglas J. Dixon
Spencer Hosie
Jonathan S. Kagan
David C. McPhie
Diane Sue Rice